```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 06 B 03022
    LILLIE D BROOKS
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK


            Debtor
     SSN XXX-XX-7789


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 03/23/06 and confirmed on 07/26/06.

    2.   The case was dismissed after confirmation, 09/07/2007.

    3.   The Debtor paid a total of $  16500.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 7913.82 | .00 | 7913.82 |
| FAIRLANE CREDIT | SECURED | 8850.35 | 749.01 | 5344.27 |
| SALVATORE & EMMA ANDREAC | SECURED | 4000.00 | .00 | 1500.00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | 11924.98 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| CHARLES FEINSTEIN MD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 376.58 | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MID AMERICA BANK | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE EYE ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| POPEIL INVENTIONS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| US EMPLOYEES CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
------------------------------------------------------------------------------

```
                    SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   20764.17         .00      12301.56          .00       33065.73
PRINCIPAL PAID       14758.09         .00           .00          .00       14758.09
INTEREST PAID          749.01         .00           .00          .00         749.01
TOTAL PAID           15507.10         .00           .00          .00       15507.10
```

The Debtor's attorney, SUSAN G CASTAGNOLI            , was allowed $   3000.00
and was paid $   2632.00   direct and $    368.00   through the plan.

The Trustee received $    624.90 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/18/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE